# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CONNIE L. RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-06-369-SPS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 11, 2006, the Plaintiff filed the subject Complaint, alleging that the Administrative Law Judge ("ALJ") should have determined she was disabled during the relevant period of time and awarded benefits. Following the submission of the Plaintiff's Brief, the Defendant filed an Agreed Motion to Remand for Further Administrative Proceedings [Docket No. 17] on April 19, 2007, requesting the case be remanded so the ALJ can properly evaluate the Plaintiff's alleged mental impairments, past work activity, and the Plaintiff's residual functional capacity.

The Defendant represents in its Motion that the Plaintiff's counsel has been contacted and does not object to the relief requested by the Defendant. Further, this Court finds as a matter of law that the ALJ's decision is not supported by substantial evidence and the appropriate findings were not made to permit the affirmation of the ALJ's decision. Consequently, this case will be reversed and remanded for further proceedings.

IT IS THEREFORE ORDERED that the Agreed Motion to Remand for Further Administrative Proceedings [Docket No. 17] is hereby **GRANTED**. Accordingly, the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to the Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings as outlined in the Motion.

**IT IS SO ORDERED** this 24th day of April, 2007.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**