# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CONNIE L. RICHARDS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-06-369-SPS |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of the Social** | ) | |
| **Security Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

## J U D G M E N T

On April 19, 2007, the Defendant requested that this action be remanded for further proceedings to which the Plaintiff did not object. By Order entered this date, this Court granted that Motion and ordered that this matter be remanded to the Defendant.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the ALJ's decision is hereby **REVERSED** and this case is hereby **REMANDED** for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** this 24th day of April, 2007.

_____

**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**